| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Murphy & Durieu, L.P.**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **13-3081331**

**4. Debtor's address**

**Principal place of business**

**50 Main Street, Suite 100**
**White Plains, NY 10606**
Number, Street, City, State & ZIP Code

**Westchester**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ■ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Murphy & Durieu, L.P.**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Murphy & Durieu, L.P.**     Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Murphy & Durieu, L.P.**                              Case number (*if known*)
       Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 16, 2017**
              MM / DD / YYYY

**X  /s/ Joshua Rizack**                                       **Joshua Rizack**
Signature of authorized representative of debtor               Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

**X  /s/ Fred Stevens**                                        Date  **May 16, 2017**
Signature of attorney for debtor                               MM / DD / YYYY

**Fred Stevens**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name

**200 West 41st Street**
**17th Floor**
**New York, NY 10036-7203**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 972-3000**     Email address  **fstevens@klestadt.com**

**3013851 NYS**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Murphy & Durieu, L.P.** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Janine May Scharff**<br>**44 North Street**<br>**Greenwich, CT**<br>**06830** | **Finn Dixon & Herling LLP**<br><br>**Jeffry Plotkin -**<br>**jplotkin@fdh.com;**<br>**Ethan Cohen -**<br>**ecohen@fdh.com**<br>**203-325-5069** | **$125,000 Face Amount Subordinated Secured Demand Note and $2,602,498 Excess Subordinated Note Collateral.** | **Contingent Unliquidated Disputed** | | | $2,727,498.00 |
| **Kristin May Galvin**<br>**44 North Street**<br>**Greenwich, CT**<br>**06830** | **Finn Dixon & Herling LLP**<br><br>**Jeffry Plotkin -**<br>**jplotkin@fdh.com;**<br>**Ethan Cohen -**<br>**ecohen@fdh.com**<br>**203-325-5069** | **$125,000 - Face Amount Subordinated Secured Demand Note and $984,739 Excess Subordinated Note Collateral.** | **Contingent Unliquidated Disputed** | | | $1,109,739.00 |
| **Thomas Pournaras**<br>**1664 Moore's Hill Road**<br>**Laurel Hollow, NY**<br>**11791** | | **$100,000 - Face Amount Subordinated Secured Demand Note and $179,863 Excess Subordinated Note Collateral.** | **Contingent Unliquidated Disputed** | | | $279,863.00 |
| **Louis DeAngelis**<br>**251 93rd Street**<br>**Brooklyn, NY 11209** | | **$200,000 - Face Amount Subordinated Secured Demand Note and $0.00 Excess Subordinated Note Collateral.** | **Contingent Unliquidated Disputed** | | | $200,000.00 |
| **NYS Department of Taxation & Finance Bankruptcy Special Procedures Section P.O. Box 5300 Albany, NY 12205** | | **Sales Tax Audit** | **Contingent Unliquidated Disputed** | | | $150,000.00 |

Debtor **Murphy & Durieu, L.P.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Anthony Riccio** **150 Mason Boulevard** **Staten Island, NY 10309** | | **$100,000 - Face Amount Subordinated Secured Demand Note and $0.00 Excess Subordinated Note Collateral.** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |
| **Richard Ricciardi** **35 Barton Creek Road** **Jackson, NJ 08527** | | **$100,000 - Face Amount Subordinated Secured Demand Note and $0.00 Excess Subordinated Note Collateral.** | **Contingent Unliquidated Disputed** | | | **$100,000.00** |

# United States Bankruptcy Court
### Southern District of New York

In re  **Murphy & Durieu, L.P.**                                                                        Case No.
                        Debtor(s)                                                                        Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GEM New York LLC**<br>**c/o Murphy & Durieu, L.P.** | | 0.5% | **Partnership Interest** |
| **Gloria Murphy**<br>**P.O. Box 491**<br>**Johnsonburg, New Jersey** | | 0.5% | **Partnership Interest** |
| **Richard Murphy**<br>**P.O. Box 491**<br>**Johnsonburg, NJ 07846** | | 99% | **Partnership Interest** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Restructuring Officer** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 16, 2017**                                                Signature   **/s/ Joshua Rizack**
                                                                                                    **Joshua Rizack**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **Murphy & Durieu, L.P.**                                    Case No.
                              Debtor(s)                              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 16, 2017**                         **/s/ Joshua Rizack**
                                                 **Joshua Rizack**/**Chief Restructuring Officer**
                                                 Signer/Title

```
AMERICAN TELESIS
P.O. BOX 6659
HILTON HEAD ISLAND, SC 29938


ANTHONY RICCIO
150 MASON BOULEVARD
STATEN ISLAND, NY 10309


AT&T
P.O. BOX 5019
CAROL STREAM, IL 60197


BLOOMBERG FINANCE LP
P.O. BOX 416604
BOSTON, MA 02241


FINN DIXON & HERLING
SIX LANDMARK SQUARE
ATTN: JEFFREY PLOTKIN
STAMFORD, CT 06901-2048


FINN DIXON & HERLING LLP
SIX LANDMARK SQUARE
STAMFORD, CT 06901


FINRA
P.O. BOX 418911
BOSTON, MA 02241


HOFFMAN MULLIGAN
37 WEST 57TH STREET, 5TH FLOOR
NEW YORK, NY 10019


INTERNAL REVENUE SERVICE
1 CLINTON AVENUE
ALBANY, NY 12207


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA, PA 19101


JANINE MAY SCHARFF
44 NORTH STREET
GREENWICH, CT 06830
```

KELLY DRYE & WARREN LLP
CANTERBURY GREEN
201 BROAD STREET
STAMFORD, CT 06901


KRISTIN MAY GALVIN
44 NORTH STREET
GREENWICH, CT 06830


LOUIS DEANGELIS
251 93RD STREET
BROOKLYN, NY 11209


MACQUARIE EQUIPMENT FINANCE
P.O. BOX 2743
BLOOMFIELD HILLS, MI 48303


NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY SPECIAL PROCEDURES SECTION
P.O. BOX 5300
ALBANY, NY 12205


NYSE MARKET, INC.
BOX #223529
PITTSBURGH, PA 15251


REGUS
50 MAIN STREET, SUITE 1000
WHITE PLAINS, NY 10606


RICHARD MURPHY
P.O. BOX 491
JOHNSONBURG, NJ 07846


RICHARD PETRI
1003 BASIL DRIVE
NEW BERN, NC 28562


RICHARD RICCIARDI
35 BARTON CREEK ROAD
JACKSON, NJ 08527


SILVERSTEIN PROPERTIES
120 BROADWAY
NEW YORK, NY 10271

THE NASDAQ STOCK MARKET, INC.
P.O. BOX 777-W9940
PHILADELPHIA, PA 19175


THOMAS POURNARAS
1664 MOORE'S HILL ROAD
LAUREL HOLLOW, NY 11791


THOMSON FINANCIAL
P.O. BOX 5136
CAROL STREAM, IL 60197


VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101